COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Juan Cerda Alvarado v. The State of Texas

Appellate case number:   01-14-00894-CR

Trial court case number:   11-DCR-058831

Trial court:             240th District Court of Fort Bend County

Appellant's brief was filed on April 27, 2016. The deadline for the State's brief was May 27, 2016. On June 1, 2016, the State inadvertently filed a copy of appellant's brief. Both briefs refer to the child victim by name. We strike the two briefs filed on April 27, 2016 and June 1, 2016, and order appellant's counsel to refile the brief **on or before June 10, 2016**, with references to the child victim's initials, rather than her full name. *See* TEX. R. APP. P. 9.10(a)(3).

The State has filed a motion for extension of time to file its brief. The motion is granted and the State's brief is due **on or before July 20, 2016**.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court


Date: June 2, 2016